# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Justin Daniel Autrey

*Plaintiff*

v.

Spokane County Jail, et al

*Defendant*

Civil Action No. 2:15-cv-00348-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Report and Recommendation, ECF No. 11, ADOPTED in its entirety and the First Amended Complaint, ECF No. 8, is DISMISSED with prejudice. Plaintiff's Motion, ECF No. 12, is DENIED as moot.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 05/09/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler

*(By) Deputy Clerk*

Shelly Koegler